■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SONNY L. SMITH, Appellant. [51 NYS3d 461]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered March 17, 2015. The judgment convicted defendant, upon his plea of guilty, of menacing in the second degree (two counts).

It is hereby ordered that said appeal is unanimously

dismissed (*see People v Mackey*, 79 AD3d 1680, 1681 [2010], *lv denied* 16 NY3d 860 [2011]). Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.